IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOD MUTHIG : | |
|     Plaintiff : | |
| : | Case No. 1:14-cv-01502-CCC |
| v. : | |
| : | |
| SURFACE PREPARATION : | Jury Trial Demanded |
| TECHNOLOGIES, LLC : | |
|     Defendant : | |

**JOINT MOTION TO STAY CASE MANAGEMENT
DEADLINES PENDING A SETTLEMENT CONFERENCE**

Plaintiff Tod Muthig ("Plaintiff") and Defendant Surface Preparation Technologies, LLC ("Defendant") (collectively the "Parties"), hereby file this Joint Motion to stay the pending case management deadlines to allow the Parties to participate in a settlement conference with a Magistrate Judge assigned by this Honorable Court.  In support of their Joint Motion, the Parties hereby state as follows:

    1.    This action was commenced with the filing of Plaintiff's Complaint on August 1, 2014.

    2.    By Order dated November 17, 2014, the Court set various case management deadlines, including a fact discovery deadline of March 16, 2015, and a dispositive motion deadline of April 16, 2015.  (See Doc. No. 10.)

    3.    The Parties completed fact discovery by March 16, 2015.

4. Defendant intends to file a Motion for Summary Judgment and supporting Brief seeking judgment on its behalf on both counts alleged in the two-count Complaint.

5. Since the close of discovery, the Parties have commenced settlement discussions.

6. Before incurring the time and expenses associated with the filing of dispositive motions, the Parties wish to participate in a settlement conference before a Magistrate Judge.

7. If the Parties are unable to resolve this matter during the settlement conference, the Parties would respectfully request a small amount of additional time to complete the preparation and filing of dispositive motions.

8. Therefore, the Parties ask that the Court stay the pending deadline to file dispositive motions and supporting briefs to allow them to seek to resolve the matter at a settlement conference.

9. The Parties believe that a settlement conference may assist them in reaching a resolution of this civil action prior to the expenditure of the time and costs associated with the filing of dispositive motions.  The Parties therefore request that this Honorable Court assign a Magistrate Judge to conduct the settlement conference.

10. The Parties desire to schedule the settlement conference within the next sixty (60) days.

11. In the event that the Parties are unable to resolve this matter at said settlement conference, they ask that the Court set a new deadline for dispositive motions and supporting briefs twenty-one (21) days after the date of the settlement conference in order to allow the Parties time to complete and file dispositive motions and that the Court modify the other case management deadlines accordingly.

12. The Parties do not bring this Motion for any improper or dilatory purpose, but rather request this stay and modification of case management deadlines to allow them the opportunity to explore resolution of this matter at a settlement conference and to complete and file dispositive motions in the event that the settlement conference is unsuccessful.

13. Because this Motion is filed jointly and the reasons for it are fully explained herein, the Parties do not intend to file a brief in support of this Joint Motion.

WHEREFORE, Plaintiff Tod Muthig and Defendant Surface Preparation Technologies, LLC respectfully request that this Honorable Court enter an Order (1) staying the dispositive motion deadline and other case management deadlines in order to allow the Parties to have a settlement conference before a Magistrate

Judge; (2) assigning a Magistrate Judge to schedule a settlement conference within sixty (60) days of the Court's Order; and (3) setting a new dispositive motion deadline twenty-one (21) days after the settlement conference if the Parties are unable to resolve the matter, with the other case management deadlines modified accordingly.

        Respectfully submitted,

        McNEES WALLACE & NURICK LLC

        By:    /s/ Adam R. Long
            Adam R. Long
            I.D. No. 89185
            100 Pine Street; P.O. Box 1166
            Harrisburg, PA  17108-1166
            (717) 237-5209

        Attorneys for Defendant
        Surface Preparation Technologies, LLC

        JOHN KERR LAW, PC

        By:    /s/ John M. Kerr
            John M. Kerr
            I.D. No. 26414
            5010 Ritter Road, Suite 109
            Mechanicsburg, PA  17055
            (717) 766-4008

Date:  April 9, 2015        Attorney for Plaintiff Tod Muthig