IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TOD MUTHIG | : |
|     Plaintiff | : |
| | :   Case No. 1:14-cv-01502-CCC |
| v. | : |
| | : |
| SURFACE PREPARATION TECHNOLOGIES, LLC | :   Jury Trial Demanded |
| | : |
|     Defendant | : |

## **ORDER**

AND NOW, this ____ day of _____, 2015, upon consideration of the Parties' Joint Motion to Stay Case Management Deadlines Pending a Settlement Conference, it is hereby ORDERED that said Joint Motion is GRANTED.

1. The Clerk shall refer this matter to a Magistrate Judge for a settlement conference to be scheduled by said Magistrate Judge within sixty (60) days following the date of this Order.

2. The deadline to file dispositive motions and supporting briefs and all other case management deadlines in this case are stayed.

3. If the Parties are unable to resolve this matter at or before the settlement conference, the Court will set a new deadline to file dispositive motions and supporting briefs twenty-one (21) days after the date of the settlement conference, with the other case management deadlines modified accordingly.

BY THE COURT:

_____
CHIEF JUDGE CHRISTOPHER C. CONNER