IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TOD MUTHIG,** | : | CIVIL ACTION NO. 1:14-CV-1502 |
| Plaintiff | : | |
| | : | **(Chief Judge Conner)** |
| v. | : | |
| | : | |
| **SURFACE PREPARATION** | : | |
| **TECHNOLOGIES, LLC,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 8th day of June, 2015, the parties having reported to the Court that the above action has been settled, it is hereby ORDERED that this Action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania